UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| DERRICK DAVIS, *et al.* | ) | |
| --- | --- | --- |
| Plaintiffs,<br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, AIMCO PROPERTIES, L.P., NHP MANAGEMENT COMPANY, AND AIMCO / BETHESDA HOLDINGS, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No.**<br>**1:07cv00542**<br><br>Judge S. Arthur Spiegel |

**ORDER**

Upon consideration of the parties Joint Stipulation of Dismissal (doc. 44), IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Date: 3/31/09

S. Arthur Spiegel
United States Senior District Judge

447161.1 1